# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**530**

**KA 09-01935**

PRESENT: CENTRA, J.P., FAHEY, LINDLEY, GORSKI, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                          ORDER

NICHOLAS J. MCGOUGH, DEFENDANT-APPELLANT.

---

CHRISTINE M. COOK, SYRACUSE, FOR DEFENDANT-APPELLANT.

R. MICHAEL TANTILLO, DISTRICT ATTORNEY, CANANDAIGUA (JEFFREY L. TAYLOR OF COUNSEL), FOR RESPONDENT.

---------------------------------------------------------------------------------------------------------

    Appeal from a judgment of the Ontario County Court (Frederick G. Reed, A.J.), rendered March 27, 2009.  The judgment convicted defendant, upon his plea of guilty, of criminal sale of marihuana in the third degree (three counts).

    It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Entered:  April 29, 2011                          Patricia L. Morgan
                                                  Clerk of the Court